# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS



| WENDY VEADER |
|---|
| *Plaintiff* |

v.

Civil Action No.:
**1:15-CV-11839-DJC**

| JAMES J. TROMBETTA |
|---|
| *Defendant* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



| **ROBERT M. FARRELL** |
|---|
| *CLERK OF COURT* |

| /s/ -- **Francis Castilla** |
|---|
| *Signature of Clerk or Deputy Clerk* |

**ISSUED ON 2015-05-14 09:56:11.0**, Clerk USDC DMA

Civil Action No.: **1:15–CV–11839–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____
Date

**Bristol County Sheriff's Office   P.O. Box 8928   New Bedford, MA 02742-0928   (508) 992-6631**

June 9, 2015

**Bristol, SS**

I hereby certify and return that on 6/1/2015 at 4:07 PM I served a true and attested copy of the Summons and Complaint, CA Cover Sheet in this action in the following manner: To wit, by delivering in hand to James J. Trombetta at Lieutenant 334 Anawan Street Rehoboth Police Department Rehoboth, MA 02769 . Attest Fee ($2.00) Basic Service Fee ($30.00) Conveyance ($4.50) Copies ($2.00) Postage and Handling ($2.75) Travel ($19.20) Total: $60.45

*[signature]*

**Deputy Sheriff**

Deputy Sheriff Benton Keene, III