UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WENDY VEADER**

V.                                    **CIVIL ACTION NO. 15-11839-DJC**

**LIEUTENANT JAMES J. TROMBETTA**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **Wendy Veader**, for order of Default for failure of the defendant, **Lieutenant James J. Trombetta** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 14th day of July, 2015.

                                        ROBERT FARRELL, CLERK

                                        By:/s/ Timothy R. Maynard
July 14, 2015                                    Deputy Clerk