# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

**Plaintiff(s)**

v.                                          **Civil Action** _____

_____

**Defendant(s)**


### STANDING ORDER REGARDING
### MOTIONS FOR DEFAULT JUDGMENT

<u>Casper, J.</u>

A Notice of Default has been issued to the above named defendant(s) upon request of the plaintiff(s) in the above captioned action.

In anticipation of a Motion for Entry of Default Judgment being filed, counsel are advised of the following requirements for submission of such motion in order to ensure compliance with Rule 55 of the Federal Rules of Civil Procedure:

1.      A party making a motion for default judgment shall comply with all the requirements of Fed. R. Civ. P. 55 particularly those related to the filing of affidavits.  The moving party shall also submit an appropriate form of default judgment in the fashion of the draft order attached hereto as Appendix A. The proposed order should be filed with the motion for default judgment.

2.      The party moving for default judgment shall serve the party in default with the default judgment motion papers. Within 14 days after the filing of the motion and proposed order by the moving party, the party against whom default judgment is sought shall have an opportunity to file substantiated opposition to the default judgment motion and to request a hearing thereon.

3.      Necessary and appropriate action with respect to this Standing ORDER shall be taken by the moving party within 30 days of the date of the issuance of this ORDER.  If for any reason the moving party cannot take necessary and appropriate action, that party shall file an affidavit describing the status of this case and show good cause why necessary and appropriate action with respect to this Standing ORDER cannot be taken in a timely fashion and further why

this case should remain on the docket.  Failure to comply with this paragraph will result in the entry of dismissal of the moving party's claims for want of prosecution.

By the Court,

Dated: _____                    /s/_____
                                      Deputy Clerk

**ATTACHMENT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                Plaintiff(s)


v.                                          Civil Action No. _____


_____
                Defendant(s)


**<u>FORM OF DEFAULT JUDGMENT</u>**

**<u>CASPER, J.</u>**                              **Date:** _____

      Defendant _____ having failed to plead or otherwise defend in

this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendant owes

plaintiff the sum of $_____ that defendant is not an infant or

incompetent person or in the military service of the United States, and that the plaintiff has

incurred costs in the sum of $_____.

      It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from

defendant _____ the principal amount of $_____,

with costs in the amount of $_____and prejudgment interest at the rate

3

of _____% from _____ to _____ in the amount of

$_____ for a total judgment of $_____ with interest as

provided by law.

By the Court,


_____
Deputy Clerk


NOTE: The post judgment interest rate effective this date is _____%.