IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY VEADER,          ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.                                ) <br> ) <br> LIEUTENANT JAMES J.        ) <br> TROMBETTA, *in his official*    ) <br> *Capacity as* REHOBOTH CHIEF OF ) <br> POLICE                       ) <br> Defendant     ) | CIVIL ACTION NO. 1:15-CV-11839-DJC |

## MOTION FOR DEFAULT JUDGMENT

**NOW COMES** the Plaintiff, Wendy Veader ("Plaintiff"), by the undersigned counsel, and respectfully requests that this court grant her motion for default judgment, as permitted by Federal Rule of Civil Procedure 55. Lieutenant James J. Trombetta ("Defendant") has failed to respond to the complaint within the twenty-one (21) days, as required by Federal Rule of Civil Procedure 4(a). In support of this request Plaintiff relies upon the record in this case and the affidavits submitted herein.

RESPECTFULLY SUBMITTED,
WENDY VEADER,
BY HER ATTORNEY

**Dated: July 16, 2015**

s/ Richard C. Chambers, Jr.
RICHARD C. CHAMBERS, JR.,
BBO #: 651251
CHAMBERS LAW OFFICE
220 BROADWAY, SUITE 404
LYNNFIELD, MA 01940
TEL:(781)581-2031
FAX:(781)581-8449
