IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY VEADER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIEUTENANT JAMES J. ) <br> TROMBETTA, *in his official* ) <br> *Capacity as* REHOBOTH CHIEF OF ) <br> POLICE ) <br> Defendant ) | CIVIL ACTION NO. 1:15-CV-11839-DJC |

## AFFIDAVIT IN SUPPORT OF

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, Richard C. Chambers, Jr. being duly sworn, aver as follows:

1. I am the attorney for Plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.
2. The summons and complaint were served upon the Defendant on June 1, 2015.
3. An answer to the complaint was due on, or before, June 22, 2015. No response was served within the twenty-one (21) days allowed by Federal Rule of Civil Procedure 4(a), nor has the defendant sought additional time within which to respond.
4. The default of Defendant was entered on July 14, 2015.
5. As required by the Servicemembers Civil Relief Act of 2003, I have confirmed that Defendant is not currently in active military service.
6. To my best information and belief, Defendant is not an infant or incompetent person.
7. Plaintiff has requested an order permanently enjoining Defendant, his officers, agents, servants, employees, his successors, and all persons in active concert or participation with them who receive actual notice of the injunction, from unduly delaying the application process for those wishing to obtain a License To Carry, with attorneys fees and costs.

Signed under the pains and penalties of perjury.

Sworn to and subscribed before
me this 15th day of JUN, 2015

/s/ Taublib
Notary Public

My Commission Expires: 8/6/2021

*Richard C. Chambers, Jr.*
Attorney for the Plaintiff

