IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY VEADER,<br><br>      Plaintiff,<br><br>v.<br><br>LIEUTENANT JAMES J. TROMBETTA, *in his official Capacity as* REHOBOTH CHIEF OF POLICE<br>      Defendant | CIVIL ACTION NO. 1:15-CV-11839-DJC |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES AND COSTS

I, Richard Chambers, attorney for Plaintiff in the above-captioned matter, with offices located at 220 Broadway, Suite 404, Lynnfield, MA 01940, hereby depose and say as follows:

1. I am licensed to practice law in the Commonwealth of Massachusetts having been admitted to the Bar in June of 2001;
2. My billing rate for this case is $300.00 per hour;
3. I have provided Plaintiff with legal services in this matter as described below:

| | |
|---|---|
| • Client Contact Regarding Claim | 1.00 hours |
| • Investigate and Research Matter | 3.50 hours |
| • Draft and file complaint | 8.75 hours |
| • Draft motions for Default and Default Judgment | 3.50 hours |

                    **TOTAL HOURS    16.75 hours**

4. My total bill for legal services related to this matter is $5,025.00
5. Plaintiff incurred $400.00 in costs to file this suit.
6. Plaintiff has incurred $5,425.00 in costs, and attorney's fees by being forced to bring this action to enforce her right to keep and bear arms.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 16th day of June, 2015

Sworn to and subscribed before
me this 15th day of JULY, 2015

_____
Notary Public

My Commission Expires: 8/6/2021



_____
Attorney for the Plaintiff

# Accounting Statement

WENDY VEADER,

        Plaintiff,

v.

LIEUTENANT JAMES J. TROMBETTA, *in his official Capacity as* REHOBOTH CHIEF OF POLICE

        Defendant

1:15-CV-11839-DJC

Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940

| Matter Number | Case Time |
|---|---|
| MH1116 | 17.75 |

| Matter Status | Account Number | Case Type |
|---|---|---|
| Active | 1745 | Civil Litigation |

| Description of Services | DOS | Time | Rate | Total |
|---|---|---|---|---|
| Continued Drafting Motion pursuant FRCP 55 | 7/15/2015 | .25 | $300.00 | $75.00 |
| Legal Research, Default Judgments, and other issues under FRCP 55 | 7/14/2015 | .5 | $300.00 | $150.00 |
| Started Drafting Motion pursuant FRCP 55 | 7/14/2015 | 1.25 | $300.00 | $375.00 |
| Drafted Motion for Default | 7/9/2015 | 1.5 | $300.00 | $450.00 |
| Drafted Notice of Appearance | 6/15/2015 | .25 | $300.00 | $75.00 |
| West law Research regarding all issues, Researched cases law | 6/12/2015 | 3.5 | $300.00 | $1050.00 |
| Phone Call with Wendy Vender re: filing complaint | 5/14/2015 | .5 | $300.00 | $150.00 |
| Drafted Complaint | 5/13/2015 | 6 | $300.00 | $1800.00 |
| Prepared and sent summons to sharifs for service | 5/13/2015 | .5 | $300.00 | $150.00 |
| Prepared and File Complaint via ESF | 5/13/2015 | .5 | $300.00 | $150.00 |
| Filing Fee for Filing the Complaint via ESF | 5/13/2015 | 1 | $400.00 | $400.00 |
| Started drafting Complaint | 5/4/2015 | 1.5 | $300.00 | $450.00 |
| Phone Call with Wendy Vender re: information for the complaint | 5/1/2015 | .5 | $300.00 | $150.00 |
| | | | **Total Fees:** | **$5,425.00** |

Page - 1