IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY VEADER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LIEUTENANT JAMES J. )<br>TROMBETTA, *in his official* )<br>*Capacity as* REHOBOTH CHIEF OF )<br>POLICE )<br>   Defendant ) | CIVIL ACTION NO. 1:15-CV-11839-DJC |

## DEFAULT JUDGMENT

**CASPER, J.**                                                                    **Date:** _____

Defendant having failed to plead or otherwise defend in this action and its default having been entered on July 14, 2015,

Now, upon application of Plaintiff and affidavits demonstrating that Defendant has interfered with Plaintiff's constitutional right to keep and bear arms under the Second and Fourteenth Amendments to the United States Constitution, that Defendant is not an infant, an incompetent person, nor in military service of the United States, and that the Plaintiff has incurred costs in the sum of five thousand dollars ($5,425.00).

It is hereby ORDERED, ADJUDGED, AND DECREED that Defendant, his officers, agents, servants, employees, successors, and all persons in active concert or participation with them who receive actual notice of this judgment be permanently enjoined from unduly delaying, any person's submission of an application for a License To Carry under M.G.L. c. 140 § 131, along with costs in the amount of five thousand dollars ($5,425.00).

By the Court,

_____
Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.