IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY VEADER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIEUTENANT JAMES J. ) <br> TROMBETTA, *in his official* ) <br> *Capacity as* REHOBOTH CHIEF OF ) <br> POLICE ) <br> Defendant ) | CIVIL ACTION NO. 1:15-CV-11839-DJC |

### PROPOSED JUDGMENT AGREED UPON BY THE PARTIES

**CASPER, J**                                                                **Date:**_____

It is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant, his officers, agents, servants, employees, successors, and all persons in active concert or participation with them who receive actual notice of this judgement be permanently enjoined from unduly delaying the Plaintiff, Wendy Veader's submission of an application for, or renewal of, a License to Carry under M.G.L. c. 140 § 131,

2. Defendant has taken steps to ameliorate the violation, and accepted Ms. Veader's application for her License to Carry under M.G.L. c. 140 § 131,

3. Plaintiff be awarded the amount of three thousand five hundred dollars and no cents ($3,500.00) as costs and attorney's fees incurred.

By the Court,

_____
Deputy Clerk