## CERTIFICATE OF SERVICE

This is to certify that on July 30, 2015, a copy of the foregoing document was electronically filed with the U.S. District Court for the District of Massachusetts through its Electronic Case Filing System.

s/ Richard C. Chambers, Jr.
RICHARD C. CHAMBERS, JR.,